IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EILEEN RAMOS ROSARIO, | CIVIL NO. 21-CV-01567-CVR |
| PLAINTIFF, | AGE DISCRIMINATION(ADEA);RACE AND/OR COLOR DISCRIMINATION (TITLE VII); ACT NO. 115 OF DECEMBER 20, 1991; ARTICLES 1536, 1539 and 1540 (d) OF THE PUERTO RICO CIVIL CODE; |
| V. | |
| UNIVERSITY OF PUERTO RICO D/B/A UNIVERSITY OF PUERTO RICO IN CAROLINA ("UPRC"), ET. AL, | |
| DEFENDANTS. | |

MOTION SUBMITTING CERTIFIED TRANSLATIONS OF EXHIBITS

TO THE HONORABLE COURT:

COMES NOW Plaintiff Eileen Ramos Rosario, through the undersigned attorneys, and respectfully STATES AND PRAYS:

1. On October 21, 2024, plaintiff filed her Opposition to Defendant UPR's Motion for Summary Judgment and an Opposing Statement of Uncontested Material Facts requesting that this Honorable Court deny the motion for summary judgment filed by defendant U.P.R. On that same day, plaintiff requested this Honorable Court to allow the filing of some of the Exhibits to said motions in the Spanish language until the certified translations of the documents had been completed.

1

2. Plaintiff herein submits the certified English translations of some of the Exhibits in the Spanish languge in support of her Opposition to UPR's Statement of Proposed Uncontested facts.

3. The certified translations of Plaintiff's Exhibits submitted herein are the following:

Exhibit 1  (DE#90-2)
Exhibit 2  (DE#90-3)
Exhibit 3  (DE#90-4)
Exhibit 5  (DE#90-6)
Exhibit 6  (DE#90-7)
Exhibit 7  (DE#90-8)
Exhibit 8  (DE#90-9)
Exhibit 9  (DE#90-10)
Exhibit 10 (DE#90-11)
Exhibit 11 (DE#90-12)
Exhibit 12 (DE#90-14)[1]
Exhibit 15 (DE#90-16)
Exhibit 17 (DE#90-18)
Exhibit19 (DE#90-20)
Exhibit22 (DE#90-23)
Exhibit23 (DE#90-24)
Exhibit26 (DE#90-27)

WHEREFORE, plaintiff respectfully requests this Honorable Court to take notice of the above and allow the certified translations be incorporated into Plaintiff's Opposition to Defendant UPR's Statement of Proposed Uncontested Facts filed at Docket Entry # 90.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico this 2nd day of December, 2024.

---

[1] The certified translation identified as Exhibit 12 coresponds to Exhibit 13 (Certifiction Number 29) correctly identified in the Exhibit list filed at DE#90-1.

We hereby certify having filed this motion through the Court's CM/ECF electronic filing system that will notify all parties hereto.

S/Frank D. Inserni Milam
FRANK D. INSERNI MILAM
USDC-PR 127807
PO BOX 193748, SAN JUAN PR 00919,
TEL. (787) 763-3851/759-7572,
FAX (787) 763-5223,
finserni@gmail.com

S/ CARLOS J. MORALES BAUZÁ
CARLOS J. MORALES BAUZÁ
USDC-PR 202809
P. O. Box 365072
San Juan, P. R. 00936-5072
Tel. (787)616-5164
carlosjmoralesbauza@gmail.com