IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EILEEN RAMOS-ROSARIO

Plaintiff,

v.

UNIVERSITY OF PUERTO RICO

Defendants.

CIVIL NO. 21-1567 (CVR)

**PRETRIAL PROCEDURE ORDER**

As part of the preparation for trial and pursuant to Federal Rule of Civil Procedure 16(c), the parties are hereby ORDERED to comply with the following:

1. No less than seven (7) working days before the commencement of the trial each party shall file a proposed *voire dire* and jury instructions and proposed verdict form.

2. The proposed jury instructions should be numbered with each instruction in a separate sheet of paper, and shall contain citation and/or source of instruction.

3. All exhibits shall be pre-marked and exchanged prior to trial. It shall be the responsibility of counsel, at least three (3) working days prior to the trial, to make appropriate arrangements with the courtroom deputy clerk in this respect. If there is no objection to an exhibit, it shall be marked into evidence; otherwise, it shall be marked with an identification exhibit tag. At the commencement of the trial, the Court shall be provided with a list of all the exhibits, appropriately indicating those in evidence and those still pending admission.

Eileen Ramos-Rosario, v. University of Puerto Rico
Pretrial Procedure Order
Cv. No. 21-1567 (CVR)
Page 2

4. All documentary evidence should be translated into the English language.

5. All counsel shall schedule the attendance of witnesses at trial so that the case may proceed with all due expedition and without unnecessary delay.

6. The parties should have an interpreter available, if necessary.

7. Motions in limine shall be filed 14 days prior to trial.

Failure by any party to comply with the requirements of this Pretrial Procedure Order, the Pretrial Conference, or any part of the Federal Rule of Civil Procedure 16, shall be subject to sanctions under Federal Rule of Civil Procedure 16(f), or under any other Federal Rule of Civil Procedure or under Title 28, United States Code, Sec. 1927.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13th day of March of 2025.

s/ CAMILLE L. VELEZ-RIVE
CAMILLE L. VELEZ-RIVE
UNITED STATES DISTRICT JUDGE