IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EILEEN RAMOS ROSARIO,<br><br>PLAINTIFF,<br>V.<br>UNIVERSITY OF PUERTO RICO D/B/A UNIVERSITY OF PUERTO RICO IN CAROLINA ("UPRC"), ET. AL,<br><br>DEFENDANTS. | CIVIL NO. 21-CV-01567-CVR<br><br>AGE DISCRIMINATION (ADEA); RACE AND/OR COLOR DISCRIMINATION (TITLE VII); ACT NO. 115 OF DECEMBER 20, 1991; ARTICLES 1536, 1539 and 1540 (d) OF THE PUERTO RICO CIVIL CODE; |

## INFORMATIVE MOTION

COMES NOW Plaintiff Eileen Ramos Rosario, through the undersigned attorneys and respectfully informs:

1. Pursuant to this Honorable Court's Order of March 13, 2025 (docket no. 131), plaintiff hereby informs that on March 20, 2025, a settlement demand letter was delivered by email to defendant U.P.R.'s counsel of record.

**WHEREFORE**, it is respectfully requested from the Honorable Court that it take notice of the above stated.

RESPECTFULLY SUBMITTED in San Juan, P. R. this 21st day of March 2025.

We hereby certify having filed this motion with the Court's CM/ECF electronic filing system that will notify all parties hereto.

*S/Frank D. Inserni Milam*
FRANK D. INSERNI MILAM
USDC-PR 127807
PO BOX 193748, SAN JUAN PR

1

00919, TEL. (787) 763-3851/759-7572,
FAX (787) 763-5223,
finserni@gmail.com

*S/ CARLOS J. MORALES BAUZÁ*
CARLOS J. MORALES BAUZÁ
USDC-PR 202809
P. O. Box 365072
San Juan, P. R. 00936-5072
Tel. (787)616-5164
carlosjmoralesbauza@gmail.com
