IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EILEEN RAMOS ROSARIO, | CIVIL NO. 21-CV-01567-CVR |
| PLAINTIFF, | AGE DISCRIMINATION (ADEA); RACE AND/OR COLOR DISCRIMINATION (TITLE VII); ACT NO. 115 OF DECEMBER 20, 1991; ARTICLES 1536, 1539 and 1540 (d) OF THE PUERTO RICO CIVIL CODE; |
| V. | |
| UNIVERSITY OF PUERTO RICO D/B/A UNIVERSITY OF PUERTO RICO IN CAROLINA ("UPRC"), ET. AL, | |
| DEFENDANTS. | |

## MOTION TO RESTRICT

TO THE HONORABLE COURT:

Comes now plaintiff Eileen Ramos Rosario, through her undersigned counsels, and respectfully states and prays:

Plaintiff respectfully informs that she will file a motion that should be solely read by the Court and defendant UPRC for the reasons set forth therein and should remain sealed.

WHEREFORE, plaintiff respectfully prays that this motion to restrict the motion to be filed right after this one be granted.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 6th day of June, 2025.

We hereby certify having filed this motion on this day through the Honorable Court's CM/ECF filing system, which will only notify defendnt UPRC.

*S/Frank D. Inserni Milam*
FRANK D. INSERNI MILAM
USDC-PR 127807
PO BOX 193748, SAN JUAN PR 00919,
TEL. (787) 763-3851/759-7572,
FAX (787) 763-5223,
finserni@gmail.com

*S/ CARLOS J. MORALES BAUZÁ*
CARLOS J. MORALES BAUZÁ
USDC-PR 202809
P. O. Box 365072
San Juan, P. R. 00936-5072
Tel. (787)616-5164
carlosjmoralesbauza@gmail.com