IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EILEEN RAMOS-ROSARIO,<br><br>Plaintiff,<br>        v.<br><br>UNIVERSITY OF PUERTO RICO, et al.,<br><br>Defendants. | CIVIL NO. 21-1567 (CVR) |

## JUDGMENT

Pursuant to the parties' "Motion Submitting Confidential Settlement Agreement" (Docket No. 159) and the Court's Order of this same date (Docket No. 160), all the terms and conditions of the Confidential Settlement Agreement (ECF No. 159-1) are approved and incorporated herein by reference. Accordingly, all claims filed by Plaintiff Eileen Ramos-Rosario against Defendant University of Puerto Rico in the captioned case are DISMISSED WITH PREJUDICE. The Court will retain jurisdiction for enforcement of the Confidential Settlement Agreement (ECF No. 159-1).

IT IS SO ORDERED.

In San Juan, Puerto Rico, on this 20th day of June 2025.

S/CAMILLE L. VELEZ-RIVE
CAMILLE L. VELEZ-RIVE
UNITED STATES DISTRICT JUDGE